THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES M. BYRD, Appellant.

(Argued March 4, 1920; decided April 13, 1920.)

APPEAL from a judgment of the Ulster County Court, rendered May 12, 1919, upon a verdict convicting the defendant of the crime of murder in the first degree.

*William H. Grogan* for appellant.

*Frederick G. Traver, District Attorney* (*Frank W. Brooks* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CHASE, HOGAN, CARDOZO, MCLAUGHLIN, CRANE and ELKUS, JJ. Not voting: HISCOCK, Ch. J.